AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:93-cr-117-HCM-1 |
| COREY JACOBS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREY JACOBS

Date: June 2, 2020

*Attorney's signature*

Adam M. Carroll, VSB #68017
*Printed name and bar number*

Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452

*Address*

acarroll@wolriv.com
*E-mail address*

757-497-6633
*Telephone number*

757-687-3655
*FAX number*