UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 2:93-cr-117-HCM-1 |
| § | The Honorable Henry Coke Morgan |
| COREY JACOBS, § | |
| § | |
| Defendant. § | |

## COREY JACOBS' MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

Corey Jacobs ("**Mr. Jacobs**"), by counsel, respectfully requests that this Honorable Court terminate his term of supervised release pursuant to Rule 32.1(c) of the Federal Rules of Civil Procedure and 18 U.S.C. § 3583(e)(1). As further detailed in the accompanying Memorandum in Support of Corey Jacobs' Motion for Early Termination of Supervised Release, Mr. Jacobs has demonstrated exemplary post-conviction conduct during his period of supervision and has complied with and, indeed, exceeded all expectations set by the United States Probation Office. Accordingly, the early termination of Mr. Jacobs's supervised release is warranted and this Honorable Court maintains jurisdiction and authority to enter such an appropriate order to this effect under Rule 32.1(c) of the Federal Rules of Civil Procedure and 18 U.S.C. § 3583(e)(1).

WHEREFORE, Corey Jacobs, by counsel, hereby moves and prays that this Honorable Court enter an order terminating his supervised release and for such other relief as the court deems fair, just and appropriate.

Respectfully submitted, this 2nd day of June, 2020.

**COREY JACOBS**

By: /s/ *Adam M. Carroll*
Adam M. Carroll, Esquire
VSB#68017
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
Telephone: 757-497-6633
Facsimile: 757-687-3655
E-mail: acarroll@wolriv.com
*Local Counsel for Corey Jacobs*

Brittany K. Barnett, Esquire *(pro hac vice pending)*
Buried Alive Project
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Telephone: (214) 919 - 4421
E-mail: brittany@buriedaliveproject.org
*Counsel for Corey Jacobs*

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 2nd day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

/s/ *Adam M. Carroll*
Adam M. Carroll, Esquire
VSB#68017
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
Telephone: 757-497-6633
Facsimile: 757-687-3655
E-mail:  acarroll@wolriv.com
*Local Counsel for Corey Jacobs*
