# Exhibit A

Letters of Support



"**Helping to Save One Youth at a Time!**"

May 1, 2020

Honorable Henry Coke Morgan, Jr.
United States District Judge
Walker E. Hoffman United States Courthouse
600 Grandby Street
Norfolk, VA 23510

Honorable Henry Coke Morgan, Jr,

Women of Substance & Men of Honor, (WOSMOH), is a 501c non-profit service organization (tax id 84-1642746) dedicated to providing physical, emotional, financial and educational support to underserved at-risk youths who have a history in the foster care system and/or juvenile incarceration. These youths in most cases have been victims of physical and emotional abuse and are trying to break free from the cycles of violence, abuse and dependence.  Our disadvantaged youths, aged 12-24, are economically challenged and need our support in the most basic of ways.

WOSMOH, founded by Rosalinda Vint, who was a ward of the foster care system herself.  Having served as a corporate executive with a Fortune 500 company for over 20 years, Rosalinda, felt compelled to reach out to our at-risk youth in a greater way.  Rosa has a unique ability to relate to the feelings of abandonment, the loss of hope, and the abuse inflicted.  She and many of her supporters are currently making a difference in many young people's lives.  She has served as President of the Citizens Advisory Committee for Ventura Youth Correctional Facility, She has won Foster Youth Supporter of the year in California for California Youth Connection, She is leading the Gender Responsive Strategy Committee for the young women incarcerated in California Juvenile Detention Centers, has won numerous Congressional Awards and is a Graduate of Biola University.

During this past year WOSMOH has partnered with Corey Jacobs in developing a youth program specifically tied to and alongside our Alpha Leadership Program. This program is taught in various group homes, Juvenile Halls Probation Camps and Ventura Youth Correctional Facility to both young men and women. We were first introduced to Corey in 2019 as he has such a passion to give back to society and to help young men and women not end up in Adult Prison. He has been very instrumental with our youth to say the least. He is currently working with one of our youth that served nearing 10 years on a Juvenile Adjudication Sentence. Corey has met with him, mentored him, encouraged him and has really been a positive influence not only in this young man's life but in others as well. WE understand that he served many years behind bars, however, since his release he has really worked hard to help us develop a program for mentoring at risk youth specifically those with anger issues, those with abandonment issues and those that have nowhere to turn. He has been an amazing example of what redemption really looks like. He also works with Rosalinda Vint in developing and listening to ideas in regard to furthering the mission of working with our foster youth as well where many have no positive male role models. He is working hard on a mentoring program where he wants to one day open up housing for these kids that have no one.

We are asking that you consider releasing Corey from Probation as he has demonstrated that redemption is not only possible, but achievable and that he has much to offer from his life story helping those youth that need a positive role model.


With Heartfelt Thanks,

Rosalinda P. Vint
President
"Helping to Save One Youth at a Time!"



May 13, 2020

Honorable Henry Coke Morgan, Jr.
United States District Judge
Walker E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

Dear Judge Morgan,

It is my complete pleasure to write to you on behalf of Corey Jacobs in support of his petition for early termination of supervised release. After serving 18 years of a life sentence, he was given clemency by President Barack Obama. This act underlines the character and personal growth by Corey during his time in prison.

I am a VP of Creative at Broadcast Music Inc, as well as the founder and co-chair of Hope For Harvest, a charity located in Charlotte. With over 20 years of experience in the music industry, I first met Corey in 2003 and reconnected in recent years. In addition, my work with Hope For Harvest brings a unique perspective to Corey's story. Hope For Harvest works with under-served and homeless youth in the Charlotte area. Working with these under-served kids highlights the importance of creating spaces of intervention, as far too many kids are thrown into a system that is unforgiving.

I am constantly reminded of the fortitude and resilience of Corey's spirit, in particular, turning his mistakes into his mission. Corey has been upfront and honest about his past transgressions and uses his experience as a lesson for the next generation. He co-founded the Buried Alive Project, which works to reform our criminal justice system and fights for individuals that are in a similar position that Corey was once in.

I've met many individuals throughout my time in the industry and Corey was by far one of the most incredible and hard-working individuals I have ever encountered. It was this drive that led us to work together as business partners in the creation of Crescent XVI Publishing. This venture solidifies my belief that Corey is a person with immense integrity and trustworthiness.  I hope that you find that my words carry the weight necessary to support Corey's request.

Thank you for your time and consideration.

Sincerely,

